IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TSGT STEPHON L. MONTGOMERY, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 00-C-0416-S |
| LT. GENERAL RUSSELL DAVIS, Chief of National Guard Bureau, | ) |
| Defendant. | ) |

**MEMORANDUM OPINION**

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendant's motion for summary judgment is due to be granted and this action is due to be dismissed. An appropriate order will be entered.

DONE this 22d day of September, 2004.

U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE